## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Felix Antonio Rivera aka Felix A Rivera aka Felix Rivera**

**BK NO. 18-02247 HWV**

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of HSBC Bank USA, National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA3 Trust and index same on the master mailing list.

Respectfully submitted,



/s/Rebecca Solarz

Rebecca Solarz
14 Jun 2021, 11:27:23, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322